**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Achla-Schwarma Factori Inc** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _4_ _6_ – _4_ _0_ _4_ _3_ _0_ _3_ _3_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **43 Kennedy Drive**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Spring Valley**    **NY**    **10977**<br>City    State    ZIP Code | City    State    ZIP Code |
| **Rockland**<br>County | **Location of principal assets, if different from principal place of business** |
| | **43 Kennedy Drive**<br>Number    Street |
| | **Spring Valley**    **NY**    **10977**<br>City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __**Achla-Schwarma Factori Inc**_____    Case number (if known) _____

**7.    Describe debtor's business**

*A.   Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.   Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See*
http://www.uscourts.gov/four-digit-national-association-naics-codes

__7__  __2__  __2__  __5__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  __Achla-Schwarma Factori Inc_____    Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
   
   MM / DD / YYYY

   District _____ When _____ Case number _____
   
   MM / DD / YYYY

   District _____ When _____ Case number _____
   
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☐ No

   ☒ Yes. Debtor  **Zuriel Melamed**    Relationship **Owner**

   District  **Souther District of New York- WP**    When  __07/09/2020__
   
   MM / DD / YYYY

   Case number, if known  **20-22834**

   Debtor _____    Relationship _____

   District _____    When _____
   
   MM / DD / YYYY

   Case number, if known _____

11. **Why is the case filed in this district?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No

   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?**    *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   
   Number    Street

   _____
   
   City                            State    ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

Debtor  **Achla-Schwarma Factori Inc**                              Case number (if known) _____

| | Statistical and adminstrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2020**
         MM / DD / YYYY

X **/s/ Achla-Schwarma Factori Inc.** _____
  Signature of authorized representative of debtor
  **Achla-Schwarma Factori Inc.** _____
  Printed name
  **Achla-Schwarma Factori Inc.** _____
  Title

Debtor  **Achla-Schwarma Factori Inc**_____    Case number (if known) _____

| | | | |
|---|---|---|---|

**18.  Signature of attorney**   X **/s/ Joshua N. Bleichman**_____    Date  **08/07/2020**___
Signature of attorney for debtor                              MM / DD / YYYY

**Joshua N. Bleichman**_____
Printed name

**Bleichman and Klein**_____
Firm name

**117 South Main Street**_____
Number        Street

_____

**Spring Valley**_____    **NY**____    **10977**_____
City                                State        ZIP Code

**(845) 425-2510**_____    **BleichmanKlein@gmail.com**____
Contact phone                          Email address

_____    **NY**_____
Bar number                             State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Achla-Schwarma Factori Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2. **Cash on hand**                                                                                                              $100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
   |---|---|---|

4. **Other cash equivalents**        *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $100.00

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Current value of
debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

---

## Part 3:   Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

**11.**   **Accounts receivable**

11a.  90 days old or less:  _____  −  _____  = ............... ➜  _____
                            face amount           doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  −  _____  = ............... ➜  _____
                         face amount           doubtful or uncollectible accounts

**12.**   **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

## Part 4:   Investments

**13.**   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method
used for current value**     **Current value of
debtor's interest**

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.**   **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.**   **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

---

## Part 5:   Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **Achla-Schwarma Factori Inc**                                    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| misc supplies | | | | $2,500.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.
<div style="border:1px solid black; display:inline-block;">$2,500.00</div>

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.
<div style="border:1px solid black; display:inline-block;">$0.00</div>

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Achla-Schwarma Factori Inc**                                    Case number (if known) _____
                Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| misc resturant equipment | Unknown | | $3,000.00 |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    $3,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **43 Kennedy Drive**<br>**Spring Valley, NY 10977**<br>**43 Kennedy Drive , Spring Valley, NY**<br>**10977**<br>Lease | rental | Unknown | | $0.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$0.00**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |
| **66.  Total of Part 10.**<br>Add lines 60 through 65.  Copy the total to line 89. | | | **$0.00** |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

Debtor   **Achla-Schwarma Factori Inc**_____   Case number (if known) _____
    Name

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

<div style="background:black;color:white">**Part 11:**</div> **All other assets**

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes.  Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.   Notes receivable**

Description (include name of obligor)

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.   Interests in insurance policies or annuities**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.   Trusts, equitable or future interests in property**

**77.   Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.   Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.

| $0.00 |
|---|

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Achla-Schwarma Factori Inc**                                    Case number (if known) _____
          Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $100.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $2,500.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $3,000.00 | |
| 88. **Real property.** Copy line 56, Part 9................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $5,600.00 | 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................... **$5,600.00**

| **Fill in this information to identify the case:** |
| --- |

Debtor name __**Achla-Schwarma Factori Inc**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF NEW YORK**__

Case number
(if known) _____

☐ Check if this is an
amended filing

### Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☐  No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑  Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more
than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name**<br>**American Express** | **Describe debtor's property that is**<br>**subject to a lien** | $39,147.49 | $1,000.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**P.O. Box 650448**

**RECEIVABLES**

**Describe the lien**

**UCC / Statutory Lien**

__**Dallas**__                          __**TX**__    __**75265-0448**__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account**
**number**        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the**
**Additional Page, if any.**                                                              $39,147.49

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Achla-Schwarma Factori Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,717.00 | $7,717.00 |

**Bleichman & Klein**

**117 South Main St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring Valley        NY      10977-0000**

Date or dates debt was incurred

Basis for the claim:
**Attorney Fees**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( _____ )  **Attorney Fees**

Debtor    **Achla-Schwarma Factori Inc**                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Arbitration Association**

**1301 Atwood Avenue, Suite 211N**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Johnston**            **RI**        **02919**

Basis for the claim:    **Notice Only -  WebBank**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**

**PO Box 981537**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**El Paso**            **TX**        **79998-0000**

Basis for the claim:    **Credit Card**

Date or dates debt was incurred    **Apr 07, 2019**

Is the claim subject to offset?

Last 4 digits of account number    **X    X    X    X**

☒ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,466.00** |
|---|---|---|---|

**American Express**

**PO Box 981537**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**El Paso**            **TX**        **79998-0000**

Basis for the claim:    **Credit Card**

Date or dates debt was incurred    **Apr 02, 2014**

Is the claim subject to offset?

Last 4 digits of account number    **X    X    X    X**

☒ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,883.00** |
|---|---|---|---|

**Bank of America**

**PO BOX 982238**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**El Paso**            **TX**        **79998-2238**

Basis for the claim:    **Credit Card**

Date or dates debt was incurred    **Apr 11, 2019**

Is the claim subject to offset?

Last 4 digits of account number    **X    X    X    X**

☒ No
☐ Yes

**cancelled by credit grantor.**

| Debtor | Achla-Schwarma Factori Inc | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**   Nonpriority creditor's name and mailing address

**Bank of America**

**PO BOX 982238**

El Paso    TX    79998-2238

Date or dates debt was incurred    Apr 11, 2019

Last 4 digits of account number    X X X X

Cancelled by credit grantor.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,219.00**

---

**3.6**   Nonpriority creditor's name and mailing address

**BARCLAYS BANK**

**PO BOX 8803**

Wilmington    DE    19899-0000

Date or dates debt was incurred    Apr 11, 2019

Last 4 digits of account number    X X X X

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,428.00**

---

**3.7**   Nonpriority creditor's name and mailing address

**Capital One**

**PO BOX 30281**

Salt Lake City    UT    84130

Date or dates debt was incurred    8/27/10

Last 4 digits of account number    X X X X

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,025.00**

---

**3.8**   Nonpriority creditor's name and mailing address

**CAPITAL ONE**

**PO BOX 30281**

Salt Lake City    UT    84130

Date or dates debt was incurred    Aug 02, 2014

Last 4 digits of account number    X X X X

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,061.00**

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,310.00** |
|---|---|---|---|

**Capital One Bank USA, NA**

**POB 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Salt Lake City** | **UT** | **84130-0000** |
|---|---|---|

**Basis for the claim:  Credit Card**

Date or dates debt was incurred    **Nov 04, 2010**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capital One Bank USA, NA**

**POB 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Salt Lake City** | **UT** | **84130-0000** |
|---|---|---|

**Basis for the claim:  Credit Card**

Date or dates debt was incurred    **Jul 18, 2010**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |
|---|---|---|---|

**Capital One Bank USA, NA**

**POB 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Salt Lake City** | **UT** | **84130-0000** |
|---|---|---|

**Basis for the claim:  Credit Card**

Date or dates debt was incurred    **May 08, 2010**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,927.00** |
|---|---|---|---|

**Citi**

**PO BOX  6217**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Sioux Falls** | **SD** | **57117-0000** |
|---|---|---|

**Basis for the claim:  Credit Card**

Date or dates debt was incurred    **Apr 10, 2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

---

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

Citi

PO BOX 6217

Sioux Falls          SD     57117-0000

Date or dates debt was incurred          Apr 29, 2019

Last 4 digits of account number          X   X   X   X

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$5,617.00**

---

**3.14** Nonpriority creditor's name and mailing address

Citi Bank

PO BOX 6497

Sioux Falls          SD     57117

Date or dates debt was incurred          Mar 23, 2011

Last 4 digits of account number          X   X   X   X

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$31.00**

---

**3.15** Nonpriority creditor's name and mailing address

Discover Bank

PO Box 15316

Wilmington          DE     19850-5316

Date or dates debt was incurred          Mar 26, 2014

Last 4 digits of account number          X   X   X   X

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$3,201.00**

---

**3.16** Nonpriority creditor's name and mailing address

Duane Morris LLP

30 South 17th Street

Philadelphia          PA     19103

Date or dates debt was incurred

Last 4 digits of account number          9   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**FST Premier**

**3820 N LOUISE AVE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7.00**

| **Sioux Falls** | **SD** | **57104-0000** |
|---|---|---|

Basis for the claim:
**Credit Card**

| Date or dates debt was incurred | **Feb 22, 2008** | Is the claim subject to offset? |
|---|---|---|

☒ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**FST Premier**

**3820 N LOUISE AVE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7.00**

| **Sioux Falls** | **SD** | **57104-0000** |
|---|---|---|

Basis for the claim:
**Credit Card**

| Date or dates debt was incurred | **Feb 20, 2009** | Is the claim subject to offset? |
|---|---|---|

☒ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**JPMCB CARD**

**PO BOX 15369**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,292.00**

| **Wilmington** | **DE** | **19850-0000** |
|---|---|---|

Basis for the claim:
**Credit Card**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|

☒ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**JPMCB CARD**

**PO BOX 15369**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,522.00**

| **Wilmington** | **DE** | **19850-0000** |
|---|---|---|

Basis for the claim:
**Credit Card**

| Date or dates debt was incurred | **Mar 25, 2014** | Is the claim subject to offset? |
|---|---|---|

☒ No
☐ Yes

Last 4 digits of account number    **X    X    X    X**

| Debtor | Achla-Schwarma Factori Inc | Case number (if known) | |
|--------|---------------------------|------------------------|--|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3.00** |
|------|--|--|--|

**Merrick Bank**

**PO Box 9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Old Bethpage** | **NY** | **11804-0000** | **Credit Card** |

| Date or dates debt was incurred | **Jul 22, 2013** | Is the claim subject to offset? |
| Last 4 digits of account number | **X   X   X   X** | ☑ No<br>☐ Yes |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1.00** |
|------|--|--|--|

**Miguel A Chiriapa**

**c/o Stillman Legal, PC**

**42 Broadway, 12th Floor**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **New York** | **NY** | **10004** | **law suit** |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No<br>☐ Yes |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,670.00** |
|------|--|--|--|

**PENTAGON FEDERAL CR UN**

**1001 N FAIRFAX ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Alexandria** | **VA** | **22313-0000** | **Credit Card** |

| Date or dates debt was incurred | **Apr 18, 2019** | Is the claim subject to offset? |
| Last 4 digits of account number | **X   X   X   X** | ☑ No<br>☐ Yes |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,084.68** |
|------|--|--|--|

**S Martin Gordon**

**222 Route 59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Suffern** | **NY** | **10901** | **judgement** |

| Date or dates debt was incurred | **10/02/03** | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☑ No<br>☐ Yes |

| Debtor | Achla-Schwarma Factori Inc | Case number (if known) |
|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**S Martin Gordon**

**222 Route 59**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Suffern**          **NY**    **10901**

**Basis for the claim:**
**judgement**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Sergio I. Scuteri, Esq.**

**Capehart & Scatchard,PA**

**8000 Midlantic Drive, Suite 300S**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mount Laurel**          **NJ**    **08054**

**Basis for the claim:**
**Notice Only - WebBank**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,732.00 |
|---|---|---|---|

**SYNCB/AMAZON**

**PO BOX 965015**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Orlando**          **FL**    **32896-0000**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred  **Nov 25, 2010**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **X   X   X   X**

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**SYNCB/BP DC**

**PO BOX 965024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Orlando**          **FL**    **32896-0000**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred  **Sep 18, 2008**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **X   X   X   X**

---

| Debtor | **Achla-Schwarma Factori Inc** | | Case number (if known) | |
|---|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.29** | Nonpriority creditor's name and mailing address |

**TD  Bank**

**1701 Route 70 East**

**Cherry Hill        NJ      08034**

**Date or dates debt was incurred**

**Last 4 digits of account number      9    0    0    1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collecting for -TD Bank

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,704.89

---

| | |
|---|---|
| **3.30** | Nonpriority creditor's name and mailing address |

**THD/CBNA**

**PO Box 6497**

**Sioux Falls        SD      57117-6497**

**Date or dates debt was incurred      Jul 13, 2014**

**Last 4 digits of account number      X    X    X    X**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.00

---

| | |
|---|---|
| **3.31** | Nonpriority creditor's name and mailing address |

**US BANK**

**PO BOX 108**

**Saint Louis        MO      63166-0000**

**Date or dates debt was incurred      Apr 15, 2019**

**Last 4 digits of account number      X    X    X    X**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,159.00

---

| | |
|---|---|
| **3.32** | Nonpriority creditor's name and mailing address |

**US Small Business Administration**

**409 3rd St, SW**

**Washington        DC      20416**

**Date or dates debt was incurred      5/12/20**

**Last 4 digits of account number      0    1    2    3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SBA Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,900.00

| Debtor | Achla-Schwarma Factori Inc | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**US Small Business Administration**

**409 3rd St, SW**

| Washington | DC | 20416 |
|---|---|---|

Date or dates debt was incurred    **5/01/20**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**SBA Loan**

Is the claim subject to offset?

☒ No
☐ Yes

$20,500.00

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Web Bank**

**215 South State Street, Suite 1000**

| Salt Lake City | UT | 84111 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**agreement**

Is the claim subject to offset?

☒ No
☐ Yes

Unknown

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Web Bank**

**215 South State Street, Suite 1000**

| Salt Lake City | UT | 84111 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **0   6   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**agreement**

Is the claim subject to offset?

☒ No
☐ Yes

Unknown

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Well Fargo**

**CREDIT BUREAU**

**PO BOX 14**

| Des Moines | IA | 50309-0000 |
|---|---|---|

Date or dates debt was incurred    **May 10, 2019**

Last 4 digits of account number    **X   X   X   X**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Credit Card**

Is the claim subject to offset?

☒ No
☐ Yes

$2,872.00

---

Debtor   **Achla-Schwarma Factori Inc**                                      Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **First Data**

**3975 NW 120 Ave**

Line _____

☑ Not listed. Explain:
**Notice Only**

**8  7  0  2**

**Coral Springs          FL     33065**

**4.2**   **Swift Financial, LLC**

**3505 Silverside Rd**

Line _____

☑ Not listed. Explain:
**Servicing agent - WebBank**

__ __ __ __

**Wilmington          DE     19810**

**4.3**   **Zwicker & Assoc**

**80 Minuteman Road**

Line _____

☑ Not listed. Explain:
**Notice Only**

**8  7  0  2**

**Andover          MA     01810**

Debtor   **Achla-Schwarma Factori Inc**_____   Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $7,717.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $261,705.57 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $269,422.57 |

**Fill in this information to identify the case:**

Debtor name __**Achla-Schwarma Factori Inc**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF NEW YORK**__

Case number _____     Chapter __**11**__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Business Lease** | **Mark Zuker** |
|---|---|---|---|
| | | | **43 Kennedy Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Spring Valley     NY     10977** |

**Fill in this information to identify the case:**

Debtor name    **Achla-Schwarma Factori Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Achla-Schwarma Factori Inc**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B................................................................. | **$0.00** |

1b. **Total personal property:**
Copy line 91A from Schedule A/B.............................................................. | **$5,600.00** |

1c. **Total of all property**
Copy line 92 from Schedule A/B.................................................................. | **$5,600.00** |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$39,147.49** |

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$7,717.00** |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $261,705.57** |

**4.** **Total liabilities**
Lines 2 + 3a + 3b.................................................................................................. | **$308,570.06** |

**Fill in this information to identify the case and this filing:**

Debtor Name      **Achla-Schwarma Factori Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2020**          X **/s/ Achla-Schwarma Factori Inc.**
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                        **Achla-Schwarma Factori Inc.**
                                        Printed name
                                        **Achla-Schwarma Factori Inc.**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Achla-Schwarma Factori Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For prior year:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$376,546.00** |
| **For the year before that:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$278,970.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Achla-Schwarma Factori Inc**                                    Case number (if known) _____
                 Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|  | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | Chiriapa v Matsul Inc. | law suit - closed | United States District Court <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
|  | **Case number** <br> 20-03313 |  | City              State    ZIP Code |  |
| 7.2. | **Case title** <br> Zuriel Melamed | **Nature of case** <br> Bankruptcy Ch 13 | **Court or agency's name and address** <br> New York Bankruptcy Court <br> Name <br> 300 Quarropas Street <br> Street <br> Room 147 | **Status of case** <br> ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | **Case number** <br> 20-22834 |  | White Plains        NY    10601 <br> City              State    ZIP Code |  |

| Debtor | **Achla-Schwarma Factori Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Bleichman & Klein** | | | |
| **Address** | | | |
| **117 South Main St** | | | |
| Street | | | |
| **Spring Valley**      **NY**   **10977** | | | |
| City                              State      ZIP Code | | | |
| **Email or website address** | | | |
| **bleichmanklein@gmail.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   **Bleichman and Klein** | | **08/06/2020** | **$4,283.00** |
| **Address** | | | |
| **117 South Main Street** | | | |
| Street | | | |
| **Spring Valley**      **NY**   **10977** | | | |
| City                              State      ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

Debtor   **Achla-Schwarma Factori Inc**                                Case number (if known)   _____
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

---

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Achla-Schwarma Factori Inc**                                    Case number (if known) _____
      Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/07/2020**
      MM / DD / YYYY

**X** **/s/ Achla-Schwarma Factori Inc.**                          Printed name  **Achla-Schwarma Factori Inc.**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Achla-Schwarma Factori Inc.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

In re  **Achla-Schwarma Factori Inc**                                    Case No. _____

                                                                      Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$12,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$4,283.00** |
| Balance Due.................................................................................................................. | **$7,717.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/07/2020 | /s/ Joshua N. Bleichman | |
|---|---|---|
| *Date* | *Joshua N. Bleichman* | Bar No. |
| | Bleichman and Klein | |
| | 117 South Main Street | |
| | Spring Valley, NY 10977 | |
| | Phone: (845) 425-2510 / Fax: (845) 425-7362 | |

---

/s/ Achla-Schwarma Factori Inc.

*Achla-Schwarma Factori Inc.*
*Achla-Schwarma Factori Inc.*

**Fill in this information to identify the case:**

Debtor name  **Achla-Schwarma Factori Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration 409 3rd St, SW Washington, DC 20416 | | SBA Loan | | | | $58,900.00 |
| 2 | TD  Bank 1701 Route 70 East Cherry Hill, NJ 08034 | | Collecting for -TD Bank | | | | $52,704.89 |
| 3 | Duane Morris LLP 30 South 17th Street Philadelphia, PA 19103 | | Notice Only | | | | $50,000.00 |
| 4 | American Express P.O. Box 650448 Dallas, TX 75265-0448 | | UCC | | $39,147.49 | $1,000.00 | $38,147.49 |
| 5 | US Small Business Administration 409 3rd St, SW Washington, DC 20416 | | SBA Loan | | | | $20,500.00 |

| Debtor | **Achla-Schwarma Factori Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  PENTAGON FEDERAL CR UN 1001 N FAIRFAX ST Alexandria, VA 22313-0000 | | Credit Card | | | | $8,670.00 |
| 7  Bank of America PO BOX 982238 El Paso, TX 79998-2238 | | Credit Card | | | | $8,219.00 |
| 8  Bank of America PO BOX 982238 El Paso, TX 79998-2238 | | Credit Card | | | | $7,883.00 |
| 9  Bleichman & Klein 117 South Main St Spring Valley, NY 10977-0000 | | Attorney Fees | | | | $7,717.00 |
| 10  American Express PO Box 981537 El Paso, TX 79998-0000 | | Credit Card | | | | $7,466.00 |
| 11  US BANK PO BOX 108 Saint Louis, MO 63166-0000 | | Credit Card | | | | $7,159.00 |
| 12  BARCLAYS BANK PO BOX 8803 Wilmington, DE 19899-0000 | | Credit Card | | | | $6,428.00 |
| 13  Citi PO BOX 6217 Sioux Falls, SD 57117-0000 | | Credit Card | | | | $5,617.00 |

| Debtor | **Achla-Schwarma Factori Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  JPMCB CARD PO BOX 15369 Wilmington, DE 19850-0000 | | Credit Card | | | | $5,522.00 |
| 15  Citi PO BOX 6217 Sioux Falls, SD 57117-0000 | | Credit Card | | | | $4,927.00 |
| 16  Discover Bank PO Box 15316 Wilmington, DE 19850-5316 | | Credit Card | | | | $3,201.00 |
| 17  Well Fargo CREDIT BUREAU PO BOX 14 Des Moines, IA 50309-0000 | | Credit Card | | | | $2,872.00 |
| 18  SYNCB/AMAZON PO BOX 965015 Orlando, FL 32896-0000 | | Credit Card | | | | $2,732.00 |
| 19  Capital One Bank USA, NA POB 30281 Salt Lake City, UT 84130-0000 | | Credit Card | | | | $2,310.00 |
| 20  JPMCB CARD PO BOX 15369 Wilmington, DE 19850-0000 | | Credit Card | | | | $2,292.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

IN RE:   **Achla-Schwarma Factori Inc**                           CASE NO

                                                                 CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/7/2020 _____        Signature   **/s/ Achla-Schwarma Factori Inc.** _____
                                                          **Achla-Schwarma Factori Inc.**
                                                          **Achla-Schwarma Factori Inc.**

Date _____        Signature _____

Achla-Schwarma Factori Inc
43 Kennedy Drive
Spring Valley, NY 10977


American Arbitration Association
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express
PO Box 981537
El Paso, TX 79998-0000


Bank of America
PO BOX 982238
El Paso, TX 79998-2238


BARCLAYS BANK
PO BOX 8803
Wilmington, DE 19899-0000


Bleichman & Klein
117 South Main St
Spring Valley, NY 10977-0000


Bleichman and Klein
117 South Main Street
Spring Valley, NY 10977


Capital One
PO BOX 30281
Salt Lake City, UT 84130

Capital One Bank USA, NA
POB 30281
Salt Lake City, UT 84130-0000


Citi
PO BOX  6217
Sioux Falls, SD 57117-0000


Citi
PO BOX 6217
Sioux Falls, SD 57117-0000


Citi Bank
PO BOX 6497
Sioux Falls, SD 57117


Discover Bank
PO Box 15316
Wilmington, DE 19850-5316


Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103


First Data
3975 NW 120 Ave
Coral Springs, FL 33065


FST Premier
3820 N LOUISE AVE
Sioux Falls, SD 57104-0000


JPMCB CARD
PO BOX 15369
Wilmington, DE 19850-0000

Mark Zuker
43 Kennedy Drive
Spring Valley, NY 10977


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-0000


Miguel A Chiriapa
c/o Stillman Legal, PC
42 Broadway, 12th Floor
New York, NY 10004


PENTAGON FEDERAL CR UN
1001 N FAIRFAX ST
Alexandria, VA 22313-0000


S Martin Gordon
222 Route 59
Suffern, NY 10901


Sergio I. Scuteri, Esq.
Capehart & Scatchard,PA
8000 Midlantic Drive, Suite 300S
Mount Laurel, NJ 08054


Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810


SYNCB/AMAZON
PO BOX 965015
Orlando, FL 32896-0000


SYNCB/BP DC
PO BOX 965024
Orlando, FL 32896-0000

TD  Bank
1701 Route 70 East
Cherry Hill, NJ 08034


THD/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497


US BANK
PO BOX 108
Saint Louis, MO 63166-0000


US Small Business Administration
409 3rd St, SW
Washington, DC 20416


Web Bank
215 South State Street, Suite 1000
Salt Lake City, UT 84111


Well Fargo
CREDIT BUREAU
PO BOX 14
Des Moines, IA 50309-0000


Zwicker & Assoc
80 Minuteman Road
Andover, MA 01810

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

In re: **Achla-Schwarma Factori Inc**

CASE NO

CHAPTER **11**

## BUSINESS INCOME AND EXPENSES

### Achla-Schwarma Factori Inc

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | |
|---|---|
| 1. Gross Income for 12 Months Prior to Filing: | $0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | |
|---|---|
| 2. Gross Monthly Income: | $24,000.00 |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | $3,400.00 |
| 4. Payroll Taxes: | $550.00 |
| 5. Unemployment Taxes: | $350.00 |
| 6. Worker's Compensation: | $45.00 |
| 7. Other Taxes: | $420.00 |
| 8. Inventory Purchases (including raw materials): | $0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | $0.00 |
| 10. Rent (other than debtor's principal residence): | $3,880.00 |
| 11. Utilities: | $2,750.00 |
| 12. Office Expenses and Supplies: | $350.00 |
| 13. Repairs and Maintenance: | $400.00 |
| 14. Vehicle Expenses: | $150.00 |
| 15. Travel and Entertainment: | $210.00 |
| 16. Equipment Rental and Leases: | $0.00 |
| 17. Legal/Accounting/Other Professional Fees: | $0.00 |
| 18. Insurance: | $900.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.): | $0.00 |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
| **Bank of America** | $300.00 |
| **Barclays Bank** | $300.00 |
| 21. Other (Specify): | |
| **Food** | $5,500.00 |
| **Advertising** | $210.00 |
| **Accounting** | $200.00 |
| **Bank Charges** | $1,375.00 |
| **Contributions** | $40.00 |
| **Legal & Professional** | $1,000.00 |
| **Postage** | $10.00 |
| **Interest** | $775.00 |
| 22. Total Monthly Expenses (Add items 3 - 21) | $23,115.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | $885.00 |